# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

jgottheim@faillacelaw.com

June 10, 2020

**VIA ECF**

Hon. Lewis J. Liman, U.S.D.J.  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

> Application GRANTED. The Initial Pretrial Conference is ADJOURNED to June 29, 2020 at 2:30 p.m.  It will proceed telephonically. The parties are directed to call (888) 251-2909 and use access code 2123101.  A proposed Case Management Plan and Scheduling Order is due one week prior.
>
> 6/11/2020
>
> LEWIS J. LIMAN  
> United States District Judge

Re: <u>Pena Castillo and Arias Dume v. Doan Juana Grocery Inc. et al.</u>  
Case 1:20-cv-02273-LJL

Your Honor:

     This firm represents Plaintiffs in the above-captioned matter. We write to request an adjournment of the Initial Conference in this matter currently scheduled for June 16, 2020 (see ECF Doc. No. 9). This is the first such request. Defendants have not yet appeared in his matter, and our firm has been unable to reach them despite efforts to do so by telephone. Our firm is unaware of whether any of Defendants have retained counsel. Service of process was delayed inasmuch as summonses were only issued last week. We accordingly request that the conference be adjourned to the week of June 29.

     Plaintiffs thank the Court for its time and consideration and apologize for the delay in this request.

Respectfully Submitted,

<u>/s/Jordan Gottheim</u>  
Jordan Gottheim, Esq.