```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CARLOS PEÑA CASTILLO and JOSE RENE ARIAS                           :
DUME, individually and on behalf of others similarly               :
situated,                                                          :
                                                                   :
                                Plaintiffs,                        :
                                                                   :
                -v-                                                :
                                                                   :
DONA JUANA GROCERY STORE INC. (D/B/A                               :
DONA JUANA), LOS COMPADRES 1 GROCERY                               :
STORE INC. (D/B/A LOS COMPADRES GROCERY),                          :
JUAN MANUEL ORTIZ, JUAN SOTO, and                                  :
MERCEDES HERNANDEZ,                                                :
                                                                   :
                                Defendants.                        :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2021

20-cv-2273 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Parties are directed to appear for a post-discovery conference on January 21, 2021 at 11:00 a.m. The conference will proceed telephonically. Parties are directed to dial 888-251-2909 and use access code 213101.

SO ORDERED.

Dated: January 12, 2021
       New York, New York                      _____
                                                     LEWIS J. LIMAN
                                                United States District Judge