UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

CARLOS PEÑA CASTILLO and JOSE RENE ARIAS DUME, *individually and on behalf of others similarly situated,*

                        Plaintiffs,

         -against-

DONA JUANA GROCERY STORE INC. (D/B/A DONA JUANA), LOS COMPADRES 1 GROCERY STORE INC. (D/B/A LOS COMPADRES GROCERY), JUAN MANUEL ORTIZ, JUAN SOTO, and MERCEDES HERNANDEZ,

                        Defendants.
---------------------------------------------------------X

1:20-cv-02273-LJL

**NOTICE OF PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

      Plaintiffs CARLOS PEÑA CASTILLO and JOSE RENE ARIAS DUME, through his undersigned counsel, hereby notifies the Court that on or about March 18, 2021, said Plaintiffs accepted the Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, of Defendants DONA JUANA GROCERY STORE INC. (D/B/A DONA JUANA), LOS COMPADRES 1 GROCERY STORE INC. (D/B/A LOS COMPADRES GROCERY), JUAN MANUEL ORTIZ, JUAN SOTO, and MERCEDES HERNANDEZ in the amount of $140,500.00, extended on or about March 18, 2021. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiffs' said acceptance of said Offer of Judgment; (c) Proof of Service of (1) said offering Defendants' Offer of Judgment and of (2) Plaintiffs' acceptance of said Offer of Judgment; (d) and a Proposed Order entering judgment pursuant to said Offer and Acceptance.

      Dated: March 18, 2021.

                                                 /s/ Catalina Sojo_____
                                                 Catalina Sojo, Esq.
                                                 Michael Faillace & Associates PC
                                                 60 East 42nd Street, Ste. 4510
                                                 New York, New York 10165
                                                 Tel: (212) 317-1200 ext. 104
                                                 Email: catalina@faillacelaw.com
                                                 *Counsel for Plaintiffs*