UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

CARLOS PEÑA CASTILLO and JOSE RENE ARIAS DUME, *individually and on behalf of others similarly situated,*

                Plaintiffs,

-against-

DONA JUANA GROCERY STORE INC. (D/B/A DONA JUANA), LOS COMPADRES 1 GROCERY STORE INC. (D/B/A LOS COMPADRES GROCERY), JUAN MANUEL ORTIZ, JUAN SOTO, and MERCEDES HERNANDEZ,

                Defendants.
----------------------------------------------------------X

1:20-cv-02273-LJL

**JUDGMENT**

    WHEREAS on or about March 17, 2021, Defendants DONA JUANA GROCERY STORE INC. (D/B/A DONA JUANA), LOS COMPADRES 1 GROCERY STORE INC. (D/B/A LOS COMPADRES GROCERY), JUAN MANUEL ORTIZ, JUAN SOTO, and MERCEDES HERNANDEZ extended to Plaintiffs CARLOS PEÑA CASTILLO and JOSE RENE ARIAS DUME an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>One Hundred Forty Thousand Five Hundred Dollars and Zero Cents ($140,500.00)</u>, and whereas said Plaintiffs accepted said offer on or about March 18, 2021,

    JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of <u>One Hundred Forty Thousand Five Hundred Dollars and Zero Cents ($140,500.00)</u>.

    Dated: New York, New York

        3/22/2021
    _____, 2021

                              _____
                              JUDGE LEWIS J. LIMAN, U.S.D.J.